IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEVEN M. JOHNSON, #155-865, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PX-18-1096 |
| WEXFORD HEALTH SERVICES, *et al.*, | * | |
| Defendants. | * | |
| | *** | |

## ORDER

On November 26, 2018, Plaintiff Steven M. Johnson filed a "Motion [for Extension] of time to answer Defendants [sic] Reply" (ECF No. 87), which Wexford Health Sources, Inc., Ava Joubert, M.D., Terri Davis, P.A, and Janette Clark, N.P. (collectively, the "Medical Defendants") opposed (ECF No. 89). In this case, Medical Defendants filed a Motion to Dismiss or, in the Alternative, for Summary Judgment on May 17, 2018. ECF No. 33. Plaintiff filed his opposition in response to that Motion on August 3, 2018 (ECF No. 64), and Medical Defendants replied to his response on August 8, 2018 (ECF No. 65). On September 19, 2018, the remaining Defendants (collectively, the "Correctional Defendants") filed a Motion to Dismiss or, in the Alternative, for Summary Judgment. ECF No 74. Plaintiff opposed that Motion on September 27, 2018 (ECF No. 76), and supplemented his response on October 15, 2018 (ECF No. 79) and November 5, 2018 (ECF No. 82). Correctional Defendants did not reply to Plaintiff's response. Thus, it appears that Plaintiff's November 26th motion seeks additional time in which to respond to the Medical Defendants' reply, which would be a surreply. Pursuant to Local Rule 105.2, a surreply is not permitted without an order of the Court. The Court declines to issue such an order and, therefore, Plaintiff's Motion shall be denied.

Moreover, given that this case is now ripe for disposition and Plaintiff has filed over 20 motions, 7 supplements to various pleadings, as well as an interlocutory notice of appeal over the course of 7 months, Plaintiff is directed that he is not to file **any** additional motions without first receiving express permission from this Court. To obtain such permission, Plaintiff must file a one-page letter summarizing any facts or issues that he wishes to present and why he did not present them previously. Any filing Plaintiff that does not comport with these guidelines will be stricken from the record and not considered.

Accordingly, it is this 29th day of November, 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Motion for Extension of Time (ECF No. 87) IS DENIED;

2. Plaintiff MAY NOT FILE any additional motions without express permission of this Court. To obtain such permission, he first must file a one-page letter stating any new facts or issues he wishes to present and why he did not present them previously. Any new filing that does not comport with these guidelines will be stricken; and

3. The Clerk SHALL SEND a copy of this Order to Plaintiff and counsel for Defendants.

       /S/
Paula Xinis
United States District Judge